UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Stephen Hunter

v.

Civil No. 15-cv-00421-PB

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration


O R D E R


No objection having been filed, I herewith approve the
Report and Recommendation of Magistrate Judge Andrea K.
Johnstone dated October 13, 2016, deny defendant's motion to
affirm (doc. no. 14), grant plaintiff's motion to reverse (doc.
no. 10), and I remand this matter to the Acting Commissioner for
further proceedings, pursuant to sentence four of 42 U.S.C. §
405(g).  The clerk is directed to enter judgment in accordance
with this order and close the case. "'[O]nly those issues fairly
raised by the objections to the magistrate's report are subject
to review in the district court and those not preserved by such
objection are precluded on appeal.'"  School Union No. 37 v.
United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)
(quoting Keating v. Secretary of Health & Human Servs., 848 F.2d
271, 275 (1st Cir.1988)); see also United States v. Valencia-
Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice,

failure to file a specific objection to magistrate's report will

waive the right to appeal).


        SO ORDERED.

                                        _/s/ Paul Barbadoro_____
                                        Paul Barbadoro
                                        United States District Judge


Date: November 2, 2016

cc:   Counsel of Record